# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 18-30109
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
October 17, 2018

Lyle W. Cayce
Clerk

JONATHAN RABURN,

> Plaintiff - Appellant

v.

WIENER WEISS & MADISON,

> Defendant - Appellee

Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 3:17-CV-155

Before DAVIS, HAYNES, and GRAVES, Circuit Judges.

PER CURIAM:*

Jonathan Raburn sued the law firm, Wiener Weiss & Madison, for violation of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* The district court dismissed this action for failure to state a claim, holding that Plaintiff's claims were time-barred and that the underlying e-mail communications did not require statutory notices and warnings.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 18-30109

Having reviewed the parties' briefs and the record, we **AFFIRM** the judgment of the district court essentially for the reasons given in its thorough Ruling and Order of November 16, 2017.

**AFFIRMED.**